## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Norberto Salvador Navarro

                                  Plaintiff,

v.                                                              Case No.: 1:23–cv–01286
                                                                Honorable Harry D. Leinenweber

Will County Sheriff's Office, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 24, 2023:

       MINUTE entry before the Honorable Harry D. Leinenweber: Unopposed motion for extension of time to April 27, 2023, as the due date for Defendants' responsive or motion is granted [7]. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.